JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Bedwell,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C.P.I. Properties, a California limited partnership; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 5:20-cv-01791-JGB-KKx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 31, 2020<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shawn Bedwell's ("Plaintiff") action against Defendant C.P.I. Properties, a California limited partnership ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: January 12, 2021

Hon. Jesus G. Bernal
United States District Judge
Central District of California